IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN LEONARD GUARDINO, JR.,

    Plaintiff,

v.                                      4:18cv240–WS/CAS

STATE OF FLORIDA, and
RICK SCOTT, GOVERNOR,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 59) July 18, 2018. The magistrate judge recommends that Plaintiff's amended complaint be dismissed because it is frivolous, because the amended complaint fails to state a claim upon which relief may be granted, and because Plaintiff's claims against the State of Florida and Governor Scott are barred by the Eleventh Amendment. Plaintiff has filed objections (doc. 62) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 59) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's amended complaint and this action are hereby DISMISSED with prejudice.

3. All pending motions are DENIED.

4. The clerk shall seal Plaintiff's response (doc. 62) to the report and recommendation.

5. The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

DONE AND ORDERED this ___24th___ day of ___August___, 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE